1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Facsimile: (415) 436-7234
7     E-Mail: Cynthia.Frey@usdoj.gov

8  Attorneys for the United States of America

                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0071 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXCLUDING TIME BETWEEN |
| v. ) | FEBRUARY 22, 2010 AND MARCH 15, |
| ) | 2010 FROM CALCULATIONS UNDER |
| JOSE JUAN CASTELLANOS-FLORES, ) | THE SPEEDY TRIAL ACT (18 U.S.C. § |
| a/k/a RAMON FLORES ORTIZ, ) | 3161) |
| a/k/a JOSE FLORES, ) | |
| a/k/a FLORES RIVERO, ) | |
| a/k/a JOSE CASTELLANO, ) | |
| a/k/a/ SALVADOR FLORES GONZALEZ, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant, Jose Juan Castellanos-Flores, represented by Rita Bosworth, Assistant Federal Public Defender, and the government, represented by Brian Lewis for Cynthia M. Frey, Assistant United States Attorney, appeared before this Court on February 22, 2010, for a status conference. At the hearing. this Court set the matter over for a further status conference on March 15, 2010.

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0071 MHP

The parties agreed that time be excluded under the Speedy Trial Act between February 22, 2010 and March 15, 2010 for purposes of effective preparation of counsel, in order to provide defense counsel with adequate time to review discovery and consult with the defendant.

In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant, is necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: March 3, 2010         /s/
CYNTHIA M. FREY
Assistant United States Attorney

DATED: March 3, 2010         /s/
RITA BOSWORTH
Attorney for JOSE JUAN CASTELLANOS-FLORES

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0071 MHP                                2

1  Based upon the representation of counsel and for good cause shown, the Court finds that
2  failing to exclude the time between February 22, 2010 and March 15, 2010 would unreasonably
3  deny counsel the reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of
5  justice served by excluding the time between February 22, 2010 and March 15, 2010 from
6  computation under the Speedy Trial Act outweigh the best interests of the public and the
7  defendant in a speedy trial.
8  Therefore, IT IS HEREBY ORDERED that the time between February 22, 2010 and
9  March 15, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §
10 3161(h)(7)(A) and (B)(iv).

DATED: __3/4/2010_____

*IT IS SO ORDERED*
*[signature]*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*